UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLO MARIE LUTZ,

        Plaintiff,

v.                                                      Case No:  2:22-cv-432-JLB-KCD

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

## <u>ORDER</u>

The Magistrate Judge has entered a Report and Recommendation, recommending that Plaintiff's Unopposed Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 33) be granted.  (Doc. 34).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record, and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1.     The Report and Recommendation (Doc. 34) is **ADOPTED** and made a part of this Order for all purposes.

2.     Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d) (Doc. 33) is **GRANTED**.

3.     The Court awards Plaintiff $7,499.95 in attorney's fees and $402.00 in costs.  If the United States Department of Treasury determines that Plaintiff does not owe a federal debt, the Government may pay the award directly to Plaintiff's counsel.

4.     The Clerk of Court is **DIRECTED** to enter judgment in Plaintiff's favor accordingly.

**ORDERED** at Fort Myers, Florida, on July 23, 2024.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE